HELEN D. CARROLL, Suing on Behalf of Herself and Other Persons Similarly Situated, Respondent, v. ROYAL DEVELOPMENT COMPANY et al., Appellants, Impleaded with Others.— All concur. (The order appoints receivers of

assets and property of defendant Royal Development Co. within the State of New York.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.